UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

No: 5:11-CR-7-IBO(3)

FILED
JAN 13 2011
DENNIS P. IAVARONE
US DISTRICT COURT
BY _____ CLERK
             DEP CLK

IN RE:                          :
                                :
4-COUNT INDICTMENT              :      ORDER TO SEAL INDICTMENT
OF January 13, 2011             :

Upon motion of the United States, it is hereby ORDERED that the Indictment in the above-captioned case, returned by the Federal Grand Jury on January 13, 2011, be sealed.

It is FURTHER ORDERED that the Clerk may temporarily unseal the Indictment for the purposes of issuing arrest warrants for the defendant(s) and to provide copies of the Indictment to the United States Attorney, the United States Federal Bureau of Investigation and the United States Probation office.

It is FURTHER ORDERED that the Clerk unseal and publish the captioned Indictment upon motion of the United States Attorney or upon the expiration of thirty (30) days, whichever event occurs first.

This the 13th day of January, 2011.

~~DAVID W. DANIEL~~ MALCOLM J. Howard
United States ~~Magistrate~~ Judge